# Third District Court of Appeal
## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D24-1022
Lower Tribunal No. F99-1411

————————————

**Estevan Villanueva,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Estevan Villanueva, in proper person.

James Uthmeier, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before SCALES, C.J., and MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.